

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00401-CV

MARVIN L. TROUTMAN, Appellant

v.

NASA FEDERAL CREDIT UNION, Appellee

§ On Appeal from County Court at Law No. 1

§ of Parker County (CIV-20-0419)

§ March 25, 2021

§ Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker